UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT

2022 MAR -3 PM 3: 23

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN ALLEN LEVY,<br><br>    Defendant. | CASE NO.<br>**2:22 CR 036**<br><br>JUDGE<br>⌈Judge Marbley⌉<br><br>**INFORMATION**<br><br>18 U.S.C. § 666(a)(1)(B) |

**THE UNITED STATES ATTORNEY CHARGES:**

<u>COUNT 1</u>
(Solicitation of a Bribe by Agent of Organization Receiving Federal Funds)

1. At all times relevant to this Information, the Steubenville Police Department was a department of the local government agency, the City of Steubenville, that received federal assistance in excess of $10,000 in a one-year period beginning January 1, 2019, and ending December 31, 2019. The Steubenville Police Department was in Steubenville, Ohio, within the Southern District of Ohio.

2. Defendant **JOHN ALLEN LEVY** was a sworn law enforcement officer of the Steubenville Police Department, whose duties included upholding the laws of the State of Ohio within the jurisdiction of Steubenville, Ohio.

3. Beginning on or about September 20, 2019 and continuing until on or about September 23, 2019, in the Southern District of Ohio, Defendant **JOHN ALLEN LEVY**, in his official capacity as a law enforcement officer, did corruptly solicit, demand, accept and agree to accept a thing of value from a person, intending to be influenced and rewarded in connection with

a transaction and series of transactions of the Steubenville Police Department involving $5,000 or more.

In violation of 18 U.S.C. § 666(a)(1)(B).

KENNETH L. PARKER
UNITED STATES ATTORNEY

*Jessica W. Knight*

JESSICA W. KNIGHT, (0086615)
Assistant United States Attorney